IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT FRAKES, Director of the )<br>Department of Corrections, In His )<br>Individual and Official Capacity; ET. )<br>AL. )<br>Defendants. ) | CASE NO.: 8:20CV128<br><br>MOTION TO EXTEND RESPONSE<br>FOR STATE DEFENDANTS<br>MOTION FOR SUMMARY<br>JUDGEMENT |

Plaintiff hereby files a Motion to extend the time to respond to the States' Motion for Summary Judgment for the reason that the Plaintiff has two Separate Motions for Summary Judgment to respond to at the same time in this case and additionally, Plaintiff's sister, who lives alone, has a serious health condition and is need of assistance to drive her to medical appointments which are scheduled three to four times a week taking the Plaintiff out of the office.

The Plaintiff respectfully requests an extension of 14 days to respond to the State Defendant's motion and fully anticipate completing the response timely to Dr. Damme and CCS's motion.

1

I am authorized to say that the State Defendants and the Damme CCS do not object to this extension.

**JANE DOE, Plaintiff**,

By Joy Shiffermiller
    Joy Shiffermiller, #18164
    Abby Osborn, #24527
    Shiffermiller Law Office, P.C., L.L.O.
    1002 G Street
    Lincoln, Nebraska 68508
    402-484-7700
    402-484-7714 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on July 5th , 2022 I electronically filed the foregoing Plaintiff's objection to Stay with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Erik Fern
    Assistant Attorney General
    2115 State Capitol
    Lincoln, Nebraska 68509

    Renee Eveland
    Cline Williams Wright
    Johnson & Oldfather, L.L.P.
    233 South 13th Street, #1900
    Lincoln, NE 68508

                                    /s/ Joy Shiffermiller_____
                                                    Joy Shiffermiller