IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 8:20-CV-00128 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTT FRAKES, Director of the Department of Corrections, In His Individual and Official Capacity; DIANE J. SABATKA-RINE, Former Director of Institutions, Now Chief of Operations, In Her Individual Capacity; RANDY T. KOHL, Former Director of Health Services at Department of Correctional Services; JEFFREY A. DAMME, Medical Doctor, In His Individual Capacity; CORRECT CARE SOLUTIONS LLC; BARBARA LEWIN, Warden of Omaha Correctional Center, In her individual capacity, ROB BRITTEN, In His Individual Capacity, Facility Prison Rape Elimination Act Compliance Manager of Omaha Correctional Center; KATHLEEN OGDEN, Medical Doctor and Omaha Correctional Center Facility Health Administrator, In Her Individual Capacity, MARGARET ANTLEY, Physician Assistant at Omaha Correctional Center, In her Individual Capacity, THOMAS DAVIS, Former Housing Unit Manager at Omaha Correctional Center, In his Individual Capacity; RICHARD MARTIN, Current Housing Unit Caseworker at Omaha Correctional Center, In his Individual Capacity, RYAN LAFAVE, Nursing Supervisor at Omaha Correctional Center, in His Individual Capacity, RICH CRUICKSHANK, Current Warden of Omaha Correctional Center, In His Individual capacity. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NOTICE OF APPEAL |
| Defendants. | ) | |

Comes now the Plaintiff, Jane Doe, by and through her counsel, Joy Shiffermiller, and files this appeal on behalf of the Plaintiff, of the court's orders entered June 30, 2022 (Doc. 97), August 4, 2022 (Doc. 114), and the Judgment and order of dismissal dated August 12, 2022 (Doc. 115), all which became final orders on August 12, 2022.

Dated this 2nd day of September 2022.

**JANE DOE, Plaintiff**,

By  Joy Shiffermiller_____
Joy Shiffermiller, #18164
Abby Osborn, #24527
Shiffermiller Law Office, P.C., L.L.O.
1002 G Street
Lincoln, Nebraska 68508
402-484-7700
402-484-7714 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, I served the above and forgoing Notice of Appeal electronic service to the following:

Erik Fern
Nebraska Attorney General's Office
2115 State Capitol Building
Lincoln, Nebraska 68509
phoebe.gydesen@nebraska.gov

Renee Eveland
Cline Williams Wright Johnson &
Oldfather, L.L.P.

233 South 13th Street, #1900
Lincoln, Nebraska 68508

           /s/ Joy Shiffermiller_____
             Joy Shiffermiller